UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE I. FRIEDMANN,<br><br>                                            Plaintiff,<br><br>- against -<br><br>RAYMOUR FURNITURE CO., INC., and LUCY GOLDSTEIN, individually.<br><br>                                          Defendants. | **NOTICE OF MOTION<br>TO DISMISS THE<br><u>COMPLAINT</u>**<br><br>12 CV 1307<br>(LDW) (AKT) |

**PLEASE TAKE NOTICE** that, upon the Declaration of Tara E. Daub, Esq., dated August 15, 2012, together with the exhibits attached thereto, the accompanying memorandum of law and all prior pleadings and proceedings herein, defendant Raymour Furniture Company, Inc., d/b/a Raymour & Flanigan Furniture, will move this Court, before the Honorable Leonard D. Wexler, U.S.D.J., at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, for an Order, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, dismissing plaintiff Lawrence I. Friedmann's Complaint for lack of subject matter jurisdiction and for failure to state a claim, and for such other and further relief the Court deems just and proper.

14102995.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the parties' proposed briefing schedule, opposition papers, if any, must be served by September 12, 2012. Reply papers, if any, must be served by September 26, 2012.

Dated: August 15, 2012
       Jericho, New York

                             **NIXON PEABODY LLP**

                                     /S/
                         By: _____
                              Tara Eyer Daub (TE-7943)
                              Jessica Chiclacos (JG-2534)

                        50 Jericho Quadrangle, Suite 300
                        Jericho, New York 11753-2728
                        (516) 832-7500
                        tdaub@nixonpeabody.com
                        jchiclacos@nixonpeabody.com

                        *Attorneys for Defendant*
                        *Raymour Furniture Company, Inc., d/b/a Raymour*
                        *& Flanigan Furniture*

TO:   Peter Andrews, Esq.
        The Harman Firm, P.C.
        200 West 57th Street, Suite 900
        New York, New York 10019

        *Attorneys for Plaintiff*