**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

LAWRENCE I. FRIEDMANN,                          **12 CV 1307 (LDW)(AKT)**

                        *Plaintiff*,             **NOTICE TO TAKE**
                                              **DEPOSITION UPON ORAL**
        -against-                           **EXAMINATION**

RAYMOUR FURNITURE CO., INC.,
*and* LUCY GOLDSTEIN, *individually*,

                      *Defendants*.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, Plaintiff LAWRENCE I. FRIEDMANN, by his attorneys, The Harman Firm, PC, hereby serves notice, pursuant to Federal Rules of Civil Procedure 26 and 30, that the testimony upon oral examination of Defendant LUCY GOLDSTEIN will be taken before a notary public who is not an attorney, or an employee of any attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at The Harman Firm, PC, located at 200 West 57th Street, Suite 900, New York, New York 10019, beginning on the 10th day of January 2013, at 10:00 a.m., with respect to evidence material and necessary in the prosecution of this action.

      **PLEASE TAKE FURTHER NOTICE** that the said oral examination will continue from day to day until completed.  Plaintiffs reserve the right to use electronic, audio and visual means to record said examination in conjunction with or instead of stenographic recordings, pursuant to applicable Court rules.

Dated: New York, New York
        December 19, 2012

                                        By:      _____s/_____
                                                 Kimberly S. Thomsen
                                                 Walker G. Harman, Jr.
                                                 THE HARMAN FIRM, P.C.
                                                 *Attorneys for Plaintiff*
                                                 200 West 57th Street, Suite 900
                                                 New York, New York 10019
                                                 (212) 425-2600
                                                 kthomsen@theharmanfirm.com
                                                 wharman@theharmanfirm.com

To:     Tara L. Eyer Daub, Esq.
        Jessica Chiclacos, Esq.
        NIXON PEABODY LLP
        *Attorneys for Defendants*
        50 Jericho Quadrangle, Suite 300
        Jericho, New York 11753
        (516) 832-7613
        tdaub@nixonpeabody.com
        jchiclacos@nixonpeabody.com