# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

February 22, 2013

**VIA ECF**
Hon. A. Kathleen Tomlinson
United States District Court
  for the Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, New York 11722

    **Re:**    *Friedmann v. Raymour Furniture et al.*, 12 CV 1307 (LDW)(AKT) (E.D.N.Y.)

Dear Judge Tomlinson:

    We represent the Plaintiff in the above-referenced employment discrimination action.

    Pursuant to the Court's February 13, 2013 *Order*, annexed hereto is the portion of that day's deposition transcript that included the Court's guidance. *See Transcript of Deposition of Patricia DelGenio* at 122–37 annexed hereto as *Exhibit A*.

    We thank the Court for its time and attention.

                                          Respectfully submitted,
                                          THE HARMAN FIRM, PC


                                          _____s/_____
                                          Peter J. Andrews


cc:     Jessica Chiclacos, Esq. (*via ECF*)
          Tara Eyer Daub, Esq. (*via ECF*)
          Walker G. Harman, Jr. (*via ECF*)