**You do not have access to this transcript.**

NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 2/26/2013, before Magistrate Judge A. Kathleen Tomlinson. Transcriber TypeWrite Word Processing Service, Telephone number 718-966-1401. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/27/2013. Redacted Transcript Deadline set for 4/8/2013. Release of Transcript Restriction set for 6/4/2013. (Russo, Eric)