3

```
 1   if you have health issues we'll stop the deposition at
 2   any point that you need to stop the deposition.  But
 3   in general I would ask that you answer a question
 4   before you take a break.
 5        A.   I understand.
 6        Q.   And that you not confer with counsel before
 7   you answer a question.  Do you understand that?
 8        A.   You are saying if I don't answer a question
 9   to let you know I don't answer it, correct?  And if
10   I'm confused whether to answer or not, to look toward
11   Jessica.
12        Q.   What I'm saying is that you need to provide
13   your best answer to any question before you either
14   take a break or before you confer with counsel.  You
15   understand that?
16        A.   Absolutely, yes.
17        Q.   Are you represented today by an attorney?
18        A.   Jessica.
19        Q.   Okay.  And when did Jessica become your
20   attorney?
21        A.   Yesterday.
22        Q.   Okay.  So had you conferred with Jessica
23   before yesterday?
24        A.   No.
25        Q.   Had you conferred with any other attorney
```