**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LAWRENCE I. FRIEDMANN,                                 **12 CV 1307 (LDW)(AKT)**

                              *Plaintiff*,                **NOTICE TO TAKE**
                                                      **DEPOSITION UPON ORAL**
        -against-                                **EXAMINATION**

RAYMOUR FURNITURE CO., INC.,
*and* LUCY GOLDSTEIN, *individually*,

                              *Defendants*.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, Plaintiff LAWRENCE I. FRIEDMANN, by his attorneys, The Harman Firm, PC, hereby serves notice, pursuant to Federal Rule of Civil Procedure 30(b)(6), that the testimony upon oral examination of a representative of Defendant RAYMOUR FURNITURE CO., INC., specifically as they relate to matters detailed in *Exhibit A*, attached hereto, will be taken before a notary public who is not an attorney, or an employee of any attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity or affinity to any party herein, at The Harman Firm, PC, located at 200 West 57th Street, Suite 900, New York, New York 10019, beginning on the 17th day of January 2013, at 10:00 a.m., with respect to evidence material and necessary in the prosecution of this action.

      **PLEASE TAKE FURTHER NOTICE** that the said oral examination will continue from day to day until completed.  Plaintiffs reserve the right to use electronic, audio and visual means to record said examination in conjunction with or instead of stenographic recordings, pursuant to applicable Court rules.

Dated: New York, New York
    December 19, 2012

         By:    s/
            Kimberly S. Thomsen
            Walker G. Harman, Jr.
            THE HARMAN FIRM, P.C.
            *Attorneys for Plaintiff*
            200 West 57th Street, Suite 900
            New York, New York 10019
            (212) 425-2600
            kthomsen@theharmanfirm.com
            wharman@theharmanfirm.com

To:   Tara L. Eyer Daub, Esq.
    Jessica Chiclacos, Esq.
    NIXON PEABODY LLP
    *Attorneys for Defendants*
    50 Jericho Quadrangle, Suite 300
    Jericho, New York 11753
    (516) 832-7613
    tdaub@nixonpeabody.com
    jchiclacos@nixonpeabody.com

# EXHIBIT A

**Testimony Sought by Plaintiff from Witnesses pursuant to
Fed. R. Civ. P. 30(b)(6)**

Plaintiffs seeks testimony from Defendants' 30(b)(6) witnesses on the following matters:

1. All information related to anti-discrimination policies at Defendant RAYMOUR FURNITURE CO., INC.;
2. All information related to disabilities and accommodation of disabilities in the workplace at Defendant RAYMOUR FURNITURE CO., INC.;
3. All affirmative defenses asserted by Defendants and or to be relied upon in any pleading up to and including trial.