# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

May 6, 2013

**VIA ECF**
Hon. A. Kathleen Tomlinson
United States District Court for the
  Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

     **Re:**   *Friedmann v. Raymour Furniture et al.*,
           12 CV 1307 (LDW)(AKT)

Dear Judge Tomlinson:

     We represent the Plaintiff in the above-referenced employment discrimination action, which complains of his illegal termination due to his age and disability.

     This letter is in response to Defendant Raymour Furniture Co., Inc.'s unilaterally submitted "Proposed Pretrial Order." The parties met and conferred this morning. At no point during that call—or ever—has Plaintiff authorized the submission of the proposed joint pre-trial order. The Court's Order directed the parties to "prepare a joint proposed pre-trial order." This evening's submission was in no way "joint."

     We have asked Defendant to withdraw the Proposed Pretrial Order (Docket Entry 53) and to confirm for the Court in writing that it was not submitted with Plaintiff's consent.

     We thank the Court for its time and attention to this matter.

                                     Very truly yours,
                                     THE HARMAN FIRM, PC


                                     _____s/_____
                                   Walker G. Harman, Jr. [WH-8044]

cc:    Tara E. Daub, Esq. (via ECF)
       Jessica Chiclacos, Esq. (via ECF)
       Peter J. Andrews (via ECF)