| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 5/21/2013<br>9:39 a.m. (16 minutes) |

*Friedman v. Raymour Furniture Co., Inc., et al.,*
**CV 12-1307 (LDW) (AKT)**

TYPE OF CONFERENCE:     **PRE-TRIAL CONFERENCE**

APPEARANCES:     Plaintiff     Peter Andrews

Defendant     Jessica A. Chiclacos
Tara Eyer Daub

FTR:   9:39-9:55

SCHEDULING:

Counsel have been directed to file an Amended Joint Pre-Trial Order within 21 days after Judge Wexler's rulings on plaintiff's pending appeal [DE 46] of this Court's prior discovery rulings.

THE FOLLOWING RULINGS WERE MADE:

1.   I spent time with counsel reviewing the proposed Joint Pre-Trial Order which was submitted by the parties in advance of today's conference. A number of the provisions need to be revised or modified as discussed this morning. These provisions include:

- Witness Lists – counsel will review this list again and determine whether all the witnesses listed will actually be testifying and will amend the list accordingly;

- Expert witnesses – plaintiff's counsel confirmed that plaintiff will not be introducing any expert in this action;

- Deposition Testimony Designations – plaintiff's counsel stated that these designations are provided only in the event that witness Goldstein is "unavailable" under the Federal Rules at the time of trial; defendants have not crossed-designated any deposition testimony of Goldstein and do not plan to do so;

- Item 27 on page 9 will be stricken by plaintiff;

- On Item 91, plaintiff's counsel will designate the deposition sections;

- Plaintiff will review the defendants' exhibits again to determine if plaintiff intends to raise any objections.

2.   With regard to plaintiff's exhibits 13 and 14, plaintiff's counsel will send a copy of these tax returns immediately to defendants' counsel.

3.     Counsel have been directed to file an Amended Joint Pre-Trial Order on ECF within 21 days after Judge Wexler's decision on the plaintiff's appeal of this Court's prior Orders.

        SO ORDERED

        /s/ A. Kathleen Tomlinson
        A. KATHLEEN TOMLINSON
        U.S. Magistrate Judge