# CIVIL CAUSE FOR CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** May 21, 2013
**TIME:** 10:15 to 10:35 (20 Mins.)

**DOCKET:** 12-CV-1307 (LDW)(AKT)
**TITLE:** Friedmann v. Raymour Furniture Co., Inc., et al

**APPEARANCES:**
- For Plaintiffs:
  - Represented by
    - **Walker G. Harman, Jr., Esq.**

- For Defendants:
  - Represented by
    - **Tara L. Eyer Daub, Esq.**
    - **Jessica Amy Chiclacos, Esq.**

- Courtroom Deputy:   Eric L. Russo
-----------------------------------------------------------------

✓   Case called.

✓   Counsel present for both sides.

✓   Conference held regarding an Appeal of Magistrate Judge Decision filed by plaintiff's counsel.

✓   Decision reserved.

✓   Conference adjourned without a date.

✓   Jury selection and trial to be set in September; date to be determined.

✓   Proceedings concluded.