# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

June 5, 2013

**VIA ECF**
Hon. Leonard D. Wexler
United States District Court for the
  Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

      **Re:**   *Friedmann v. Raymour Furniture et al.*,
            12 CV 1307 (LDW)(AKT)

Dear Judge Wexler:

      We represent the Plaintiff in the above-referenced action wherein the Plaintiff was terminated from Defendant Raymour & Flanigan due to his age and disability.

      Plaintiff is in receipt of Defendant's letter to the Court dated June 4, 2013 (Docket Entry 62). As it is clear that the letter intends to avert our attention to the fact that, notwithstanding their overtures, Defendant refuses to provide the information that Plaintiff seeks. We therefore respectfully request that the Court grant Plaintiff leave to reply with specificity to Defendant's letter.

      We thank the Court for its time and attention to this matter.

                                  Respectfully submitted,
                                  THE HARMAN FIRM, PC


                                  _____s/_____
                                  Walker G. Harman, Jr. [WH-8044]


cc:     Tara E. Daub, Esq. (via ECF)
         Jessica Chiclacos, Esq. (via ECF)
         Peter J. Andrews (via ECF)