UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAWRENCE I. FRIEDMANN,

                              Plaintiff,

- against -

RAYMOUR FURNITURE CO., INC., and LUCY GOLDSTEIN, individually.

                              Defendants.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

12 CV 1307
(LDW) (AKT)

      **PLEASE TAKE NOTICE** that, upon the Declaration of Tara E. Daub, Esq., dated May 3, 2013, together with the exhibits attached thereto, the accompanying Memorandum of Law and Local Rule 56.1 Statement, and all prior pleadings and proceedings herein, defendant Raymour Furniture Company, Inc., d/b/a Raymour & Flanigan Furniture will move this Court, before the Honorable Leonard D. Wexler, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, for summary judgment dismissing Plaintiff Lawrence Friedmann's Complaint in its entirety, on the grounds that there is no genuine issues of material fact to be tried, and for such other and further relief the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule approved by the Court, Plaintiff's opposition papers, if any, must be served on or before May 31, 2013, and Defendant's reply papers, if any, must be served on or before June 14, 2013.

14442065.1

- 2 -

Dated: May 3, 2013
       Jericho, New York

                        **NIXON PEABODY LLP**

                                /S/
By: _____
       Tara Eyer Daub (TE-7943)
       Jessica Chiclacos (JG-2534)

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728
(516) 832-7500
tdaub@nixonpeabody.com
jchiclacos@nixonpeabody.com

*Attorneys for Defendant*
*Raymour Furniture Company, Inc., d/b/a Raymour*
*& Flanigan Furniture*