# Exhibit B

# Exhibit B

EEOC Form 5 (11/09)

520-2012-00204

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:   Agency(ies) Charge No(s):
- [ ] FEPA
- [X] EEOC

New York State Division of Human Rights and EEOC
*State or local Agency, if any*

| Field | Value |
|---|---|
| Name | Mr. Lawrence I. Friedmann |
| Home Phone | (718) 225 9165 |
| Date of Birth | 6-17-41 |
| Street Address | 245-30 Grand Central Parkway, #2F, Bellrose, NY 11426 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Raymour & Flanigan | 500+ | (516) 307-3693 |
| Street Address | 895 East Gate Blvd, Garden City, NY 11530 | |

RECEIVED OCT 21 2011 EEOC-NYDO-CRTIU

DISCRIMINATION BASED ON (Check appropriate box(es).)
- [ ] RACE
- [ ] COLOR
- [ ] SEX
- [ ] RELIGION
- [ ] NATIONAL ORIGIN
- [ ] RETALIATION
- [X] AGE
- [X] DISABILITY
- [ ] GENETIC INFORMATION
- [ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: January 2008    Latest: August 2011
- [ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I started working at Raymour & Flanigan as a sales associate in 2005. From January 2006 through December 2009, my job performance far exceeded Raymour & Flanigan's minimum volume requirements. In 2010, I had a flare up of Sciatica, which is a recurring disability of mine, which required a temporary accommodation. This flare up lasted for about 6 to 7 months. I was not able to stand for long periods of time without severe pain. I needed to sit for brief intervals while on the selling floor to calm the Sciatica pain. Lucy Goldstein would not grant my request for an accommodation. Raymour's refusal to grant my accommodation decreased my sales numbers dramatically, while also increasing my pain and discomfort. Although other employees were allowed to sit down at work without requesting an accommodation, I believe I was treated differently due to my disability and age.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/21/11   [signature] Lawrence I. Friedmann
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 21st day of October, 2011

THERESA S. PETERS
Notary Public, State of New York
No. 01PE6162979
Qualified in Bronx County
Commission Expires Jan. 5, 2015

D 000129

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
State or local Agency, if any

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I believe my age became a problem for my employer in 2011. In or about February 2011, Lucy Goldstein asked me my age and when I plan to retire. I did not tell her my age and said I plan to work for another 5 years. Thereafter, she began to call me "old man," while smiling. I realized that my age and disability were becoming issues for my employer. Every time she brought up my performance in 2010 and I mentioned my Sciatica, she would say "oh that excuse, again." In general, as 2011 progressed, other coworkers and managers would call me "old man." It made me feel uncomfortable and although I do not feel or act old, I realized that my age was becoming an issue with management above Lucy Goldstein. I complained about age and disability discrimination and nothing changed. Ultimately, I was terminated because of my age and disability in retaliation for my complaints of discrimination.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/21/11    _Larnie D. Friedman_ (signature)
Date         Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)   21st day of October, 2011

THERESA S. PETERS
Notary Public, State of New York
No. 01-PE2379
Qualified in Bronx County
Commission Expires Jan. 5, 2015

D 000130