# EXHIBIT H

## Application For Employment

**RAYMOUR & Flanigan FURNITURE**

INSTRUCTIONS: We appreciate your interest in our organization. We consider applicants for all positions without regard to race, color, age, religion, sex, medical condition or handicap, or any other legally protected status. Please print clearly.

Position(s) applied for: SALES
Salary Desired: 70,000
Date of Application: 10-20-05

Complete name (last) FRIEDMANN (first) LAWRENCE (middle) I

Street Address: 245-30 GRAND CENTRAL PKWY APT. 2F
Phone Number: [redacted]
City: BELLEROSE
Alternate Phone Number: [redacted]
State: NY  Zip: 11426
Email Address:

Any other name(s) under which you have been previously employed or under which school records would be located.
LARRY FRIEDMANN

Names of friends or relatives employed in this organization.
STACY ROSS, BILL KAMARIS

If you are under 18 years of age, can you furnish a work permit? ☐ Yes ☐ No

Have you ever been employed with us before? ☐ Yes ☒ No  If Yes, give location with dates

Are you a citizen of the U.S. or do you have a valid work permit? ☒ Yes ☐ No

Do you have any restrictions or obligations that would prevent you from working overtime? ☐ Yes ☒ No

Do you have any restrictions or obligations that would prevent you from working consistently or arriving to work on time? ☐ Yes ☒ No

On what date would you be available to work? AT ONCE

Are you available to work: ☒ Full Time ☐ Part Time ☐ Shiftwork ☐ Temporary

Can you travel if the job requires it? If Yes, are there limitations? Explain. ☐ Yes ☒ No

Have you been convicted of a crime? (Conviction will not necessarily disqualify an applicant) If Yes, please list dates of offenses and dispositions. ☐ Yes ☒ No

Have you ever had any job-related training in the United States military? If Yes, please describe: ☐ Yes ☐ No

## EDUCATION

|  | Elementary School | High School | College/University | Trade Business |
|---|---|---|---|---|
| School Name and Location | RUSSELL SAGE JUNIOR HIGH | FOREST HILLS HIGH SCHOOL | NYC COMMUNITY COLLEGE / PACE UNIVERSITY | |
| Years Completed | 5 6 ⑦ ⑧ | ⑨ ⑩ ⑪ ⑫ | 1 ② 3 ④ | 1 2 3 4 |
| Diploma/Degree | | ACADEMIC | A.A.S. B.A. | |
| Describe course of Study | | | RETAIL MARKETING BUSINESS ADMIN | |

Professional organizations and/or licenses that may be job-related:

**References:** Give name, address, occupation and a telephone number of three references who are qualified to evaluate your capabilities and who are not related to you and are not previous employers.

1. STACY ROSS ▮▮▮▮▮▮▮▮▮▮
2. LENNY SHATZ ▮▮▮▮▮▮▮▮▮▮
3. TONY CANATARO ▮▮▮▮▮▮▮▮▮▮

**Employment Experience** - Start with your present or last job. Include any job-related military service assignments and volunteer activities. Please account for all time for at least the past three years.

| # | Employer | Address | Telephone Number(s) | May we contact this employer? | Dates Employed From / To | Hourly Rate/Salary Starting / Final | Job Title | Supervisor | Reason for Leaving |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LEVITZ FURNITURE | 2544 FLATBUSH AVE - BKLYN N.Y. 11234 | 718-377-2645 | ___ Yes ___ No | 08/10/05 – 10/16/05 | | SALES ASSOCIATE | MONTE CHAMBERS | COMPANY IS IN CHAPTER 11 AND FAILING RAPIDLY |
| 2 | SEAMANS FURNITURE | 2544 FLATBUSH AVE BKLYN N.Y. 11234 | 718-377-2645 | ___ Yes ___ No | 06/29/91 – 07/31/05 | | SALES ASSOCIATE | | OUT OF BUSINESS |
| 3 | INDEPENDENT SALES REP | 16 FARMERS RD, KINGS POINT N.Y. | | ___ Yes ✗ No | 11/1/1989 – 07/31/91 | | SALES REP | | FIRED OF TRAVELING ON ROAD COVERED N.E. & MID ATLANTIC STATES |

**Applicant's Statement** - READ CAREFULLY BEFORE SIGNING - IF YOU ARE HIRED, THE FOLLOWING BECOMES PART OF YOUR OFFICIAL EMPLOYMENT RECORD AND PERSONNEL FILE.

I understand this employment application is not to be construed as a guarantee of employment for a specific time. I further understand that should I become employed, my employment with the organization does not constitute any form of contract, implied or expressed, and such employment will be terminable at will either by myself or my employer upon notice of one party to the other. My continued employment would be dependent on satisfactory performance and the continued need for my services as determined by the organization.

I authorize investigation of all statements contained in this application. I understand that misrepresentation or omission of facts called for is a cause for dismissal.

I agree that any claim or lawsuit relating to my service with Raymour & Flanigan Furniture must be filed no more than six (6) months after the date of the employment action that is the subject of the claim or lawsuit. I waive any statute of limitations to the contrary.

Signature of Applicant: _[signature]_    Date: 10-20-05