# EXHIBIT I



Associate Name: **Lawrence Friedmann**     Associate File#: **912690**

Job Title: NYE / Garden City / FT Sales Associate

### Receipt and Acknowledgment of

### Raymour & Flanigan Associate Handbook and

### Acknowledgement of At-Will Employment Status

My signature below indicates that I have received a copy of Raymour & Flanigan's Associate Handbook. I understand that it contains important information about Raymour & Flanigan's employment policies, that I am expected to read the Handbook and familiarize myself with its contents, and that the policies in the Handbook apply to me. I further understand that Raymour & Flanigan has the right to change its employment policies at any time, that I am responsible for becoming familiar with these changes as they occur, that my continued employment constitutes my agreement that such changes apply to me, and that I can find the most up-to-date version of the Handbook and the company's policies through HR Direct on Raymour & Flanigan's Intranet. If I have any questions about the Handbook or Raymour & Flanigan's employment policies, I understand that I can ask my manager or a member of the Human Resources Department.

I understand that nothing in the Handbook constitutes a contract or promise of continued employment. By signing this form, I also acknowledge that my employment is at-will. I understand that means that I have the right to end the employment relationship at any time and for any reason, with or without notice or cause, and that Raymour & Flanigan has the same right. I acknowledge that neither Raymour & Flanigan nor I have entered into an employment agreement for a specified period of time, that only the President of Raymour & Flanigan may make any agreement contrary to the at-will policy, and that any such agreement must be in writing, signed by myself and the President of Raymour & Flanigan.

Associate's Signature: _____     Date: 10/7/09

*Effective September 2009*

D 000014

**Addendum to the Associate Handbook for New York Locations Receipt Verification**

Associate Name: <u>Lawrence Friedmann</u>    Associate File#: **912690**

Job Title: <u>NYE / Garden City / FT Sales Associate</u>

I acknowledge that I have received a copy of Raymour and Flanigan's Addendum to the Employee Handbook for New York locations. I understand and agree that it is my responsibility to read and familiarize myself with the policies and procedures contained in the Addendum. If I have any questions, I understand that it is my responsibility to ask my supervisor or HR Field Specialist.

I understand that except for employment at-will status, any and all policies and practices can be changed at any time by the Company. The Company reserves the right to change my hours, wages and working conditions at any time. I understand and agree that, other than Neil Goldberg, Steve Goldberg, or Michael Goldberg, a manager or representative of the Company has no authority to enter into any agreement, express or implied, for employment for any specific period of time, or to make any agreement other than at-will.

I understand and agree that the Addendum may be changed at any time. My continued employment indicates my agreement to work under those changes.

**I understand and agree that nothing in the Addendum creates or is intended to create a promise or representation of continued employment and that employment at the Company is employment at-will, that may be terminated at the will of either the Company or me. My signature below certifies that I understand that the foregoing agreement on at-will status is the sole and entire agreement between me and the Company concerning the duration of my employment and the circumstances under which my employment may be terminated. It supersedes all prior agreements, understandings and representations concerning my employment.**

This Acknowledgment of Receipt is provided in duplicate. Please sign both copies retaining one for your records. Please forward the duplicate original to your HR Field Specialist.

Associate's Signature: _Lawrence Friedmann_    Date: _10/7/09_

*Effective September 2009*                    2

D 000015