# EXHIBIT J



# Coaching for Success

√

**Associate Name:** Larry Friedmann  
**Location:** Garden City  
**Manager:** Lucy Goldstein  

**Date of Review:** 05/07/11  
**Next Review Date:** 5/21/11

**Opportunity for Improvement**—Below are the standards set by Raymour & Flanigan that you have not yet met.

I want to review with you your underperformance for delivered sales . The date range is 01/01/11 – 05/05/11 . You underperformed for this YTD to the minimum expectation of $252,750 in delivered sales by $53,537. This dollar amount is based on your $750,000 Business Planner for 2011 that we will review. You are also underperforming to the minimum expectation for delivered sales for the year and are currently projected to finish the year at $617,435..

Below will be your specific goals by category for the next 2 weeks and will include an additional $ in written and delivered expectations per week to help catch up to the amount you are short.

**Goals of Coaching for Success**—Use specific, quantitative measures whenever possible. Clearly describe all behavioral issues as they relate to and affect team, morale, departmental/individual performance, customer impact, etc.)

|  | Written | Delivered | AGP | Platinum | Bddg |
|---|---|---|---|---|---|
|  | Expectation | Expectation | Expectation | Expectation | Expectation |
| Week 1 | $ 24,000 | $ 20,000 | 2.5% | 50% | 18% |
|  | Actual | Actual | Actual | Actual | Actual |
|  | Written | Delivered | AGP | Platinum | Bddg |
| Week 1 |  |  |  |  |  |
|  | Written | Delivered | AGP | Platinum | Bddg |
|  | Expectation | Expectation | Expectation | Expectation | Expectation |
| Week 2 | $ 24,000 | $ 20,000 | 2.5% | 50% | 18% |
|  | Actual | Actual | Actual | Actual | Actual |
|  | Written | Delivered | AGP | Platinum | Bddg |
| Week 2 |  |  |  |  |  |
|  | Written | Delivered | AGP | Platinum | Bddg |
|  | Expectation | Expectation | Expectation | Expectation | Expectation |
| Week 3 | $ 24,000 | $ 20,000 | 2.5% | 50% | 18% |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Support from Management Team:** (List any tools, training, etc.)

D 000039

The managers will review with you daily your Ups/Closes, GEBS and Appointments to review your missed opportunities and give you any assistance they can. Please be specific on any areas you would like additional training on so that we can help you to achieve the minimum expectations.

**Next Follow Up/Review Date & Expectations:**

| Week 1 | Written Expectation $ | Delivered Expectation $ | AGP Expectation 2.5% | Platinum Expectation 50% | Bddg Expectation Dollars |
|---|---|---|---|---|---|
| Week 1 | Actual Written | Actual Delivered | Actual AGP | Actual Platinum | Actual Bddg |
| | | | | | |
| Week 2 | Written Expectation $ | Delivered Expectation $ | AGP Expectation 2.5% | Platinum Expectation 50% | Bddg Expectation Dollars |
| Week 2 | Actual Written | Actual Delivered | Actual AGP | Actual Platinum | Actual Bddg |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Additional Comments:** At anytime during this coaching for success plan, if your performance does not meet with the minimum expectations set forth in this plan, we will move you to a formal action plan.

Associates Signature _Laurence Spielman_    Date _____

Manager Signature _[signature]_    Date _5/7/11_

D 000040