# EXHIBIT L

Sales Projection 623,000

**RAYMOUR & FLANIGAN FURNITURE**
**PERFORMANCE EVALUATION AND DEVELOPMENT FORM: Sales Associate**

Associate: LARRY FRIEDMANN
Year to Date Review - January 1st, 2011 through June 3rd 2011

## PART I: SALES PERFORMANCE

| Accountability | Budget | Actual | Variance (+/-) | Last YTD |
|---|---|---|---|---|
| Volume Written | $386,250.00 | 374,371 | -11,879 | 322,105 |
| Volume Delivered | $309,000.00 | 256,676 | -52,324 | 245,925 |
| Discounts | 7% | 12% | -5% | |
| AGP $$$ | $7,725.00 | -9,811 | | +1,521 |
| Platinum Protection | 60% | 46.4 | -3.6 | 49 |
| Average $ per Sale | $1,500.00 | 1,671 | +171 | 1,830 |
| Store Bedding Sales | $51,697.00 | 32,918 | -18,779 | 33,329 |
| Prospecting-Minimum 5 Appts/$5000 written weekly average  6 WKS | $5,000/week | 524 | -4,476 | |

| Ups | Closes | % | TO's | Prospects |
|---|---|---|---|---|
| 555 | 186 | 33% | 60 | 91 |

| Exception Updates | Lateness | Absenteeism | | |
|---|---|---|---|---|
| | 5 | 0 | | |

## GOALS AND DEVELOPMENT

GOALS: (Define goals and objectives including a date to review to determine if goals were attained.)

1.) WRITTEN + DELIVERED BUSINESS NEEDS TO INCREASE TO REACH THE MINIMUM GOALS.
2.) BEDDING - BELOW REQUIREMENTS - NEEDS TO FOCUS WITH EACH CUSTOMER TO TRY + SELL BEDDING
3.) PROSPECTING - EXTREMELY BAD - AVG'ING $524 OVER A 6 WK AVG
4.) DISCOUNTS + AGP - NEED TO RAISE THE LEVEL IN BOTH OF THESE AREAS

MANAGER'S COMMENTS: LARRY IS BELOW AVERAGE IN ALL AREAS - HE NEEDS TO DO AN IMMEDIATE TURN AROUND.

ASSOCIATE'S COMMENTS:

SIGNATURES: [signature]
Associate Signature                    Date

Managers Signature                     Date
Additional Comments

E-BOB OVERVIEW
6/6    10/10    12/12    11/1

D 000045