# EXHIBIT M



# Action Plan & Performance Agreement

Associate Name: Larry Friedmann  
Location: Garden City Store  
Lead Manager: Lucy Goldstein  

Date of Review: June 13, 2011  
Period Reviewed:  
Next Review Date: June 20, 2011  

**Opportunity/Performance Issue**—Below are standards of performance set by Raymour & Flanigan that you have not met.

I want to review with you your underperformance for YTD for 2011. The date range is 01/01/2011-06/10/2011. You underperformed for this YTD period to the minimum expectation of $322,875 in delivered sales by $48,190. This dollar amount is based on your $750,000 Business Planner for 2011 that we will review. You are also underperforming to the minimum expectation in Written Sales, AGP %, Platinum %, Bedding % of Sales. Attached is a SAFR showing your actual numbers for YTD vs. the minimum expectation in each category.

Below will be your specific goals by category for the next 3 weeks.

**Goals of the Performance Agreement**—Use specific, quantitative measures whenever possible. Clearly describe all behavioral issues as they relate to and affect team, morale, departmental/individual performance, customer impact, etc.)

|        | Written | Delivered | AGP | Platinum | Bddg |
|--------|---------|-----------|-----|----------|------|
|        | Expectation | Expectation | Expectation | Expectation | Expectation |
| Week 1 | $18,019 | $29,938 | 2.0% | 50% | $12,925 |
|        | Actual | Actual | Actual | Actual | Actual |
|        | Written | Delivered | AGP | Platinum | Bddg |
| Week 1 | $ | $ | | | |
|        | Written | Delivered | AGP | Platinum | Bddg |
|        | Expectation | Expectation | Expectation | Expectation | Expectation |
| Week 2 | $18,019 | $29,938 | 2.0% | 50% | $12,925 |
|        | Actual | Actual | Actual | Actual | Actual |
|        | Written | Delivered | AGP | Platinum | Bddg |
| Week 2 | $ | $ | | | |
|        | Written | Delivered | AGP | Platinum | Bddg |
|        | Expectation | Expectation | Expectation | Expectation | Expectation |
| Week 3 | $18,019 | $29,938 | 2.0% | 50% | $12,925 |
|        | Actual | Actual | Actual | Actual | Actual |
|        | Written | Delivered | AGP | Platinum | Bddg |
| Week 3 | $ | $ | | | |

D 000043

**Actions for the Associate**

Larry needs to consistently turn any of his ups over to a Manager if he cannot close them.

He should be going through all of his 10/10's, 12/12's and 6/6's to try and get as much delivered from this past business.

**Actions for the Management Team**

The managers will review with you daily your Ups/Closes, GEBS and Appointments to review your missed opportunities and give you any assistance they can. Please be specific on any areas you would like additional training on so that we can help you to achieve the minimum expectations.

**Associate Comments:**

**Next Follow Up/Review Date & Expectations:**

Failure to meet these minimum expectations at anytime during this Action Plan will result in further disciplinary action up to and including termination.

_Lawrence Findmann_
Associate Signature                                    Date

_[signature]_                                          6/13/11
Manager Signature                                      Date

D 000044