# EXHIBIT N

Welcome to the Raymour & Flanigan Intranet                                    Page 1 of 1

**PAYROLL CONNECTION**

Termination - Friedmann, Lawrence

| Date Created: | 6/18/2011 11:02:00 AM |
|---|---|
| Associate: | Friedmann, Lawrence |
| Location: | H5 |
| Title: | Sales Associate |
| Reason: | Poor Job Performance |
| Effective Date: | 6/18/2011 |
| Last Date Worked: | 6/18/2011 |
| Eligible Rehire: | No |
| Notice Given: | No |
| Comments: | Larry is being terminated for Poor Performance. On 5/7/2011 Larry was placed on a coaching plan because he was behind by $53,537 against the minimum expectations for a $750,000 Plan. Larry was again reviewed on 5/23/2011, and kept on a coaching plan. On 6/13/11 Larry was put onto a action plan. Larry is still behind by $52,221 as of today. |
| Effective Pay Date: | 07/01/2011 |
| Submitted By: | Lucy Goldstein-lg1 |
| Payroll Processed: | Yes |

©Copyright 2001 Raymour & Flanigan Furniture. All rights reserved.
Close Window

*[Handwritten notes in right margin:]*
912690
22735
128 vacation ✓
PS 6/22/11
C ✓
A ✓     AB 6.23.11
M ✓
P2 ✓

http://rfintranet/modules/hr_direct/payroll/admin/Payroll_Approval_Term_Details_Admin....  6/20/2011

D 000011