# EXHIBIT O

REDACTED

---

**From:** Dambrosio, Laura
**Sent:** Tuesday, June 21, 2011 1:39 PM
**To:** LaFroscia, Jennifer; Bender, Anthony; Rowland, Christine
**Subject:** larry Friedman

Hello Jennifer,

I met with Larry Friedman approx 3 weeks ago. I choose to pass on him for our Carle Place location. I did not believe he was a good fit for our store. His metrics were very low. When I asked him about his F&F and Prospecting results he told me he did very well and was happy with his numbers. He did not seem to have the drive and enthusiasm that we are looking for.

Thank you,

**Laura D'Ambrosio**
Store Manager
275 Glen Cove Road
Carle Place, NY 11514
**516.739.3494 fax 516.739.3799**
ldambrosio@raymourflanigan.com

"Transforming Ordinary Customer Interactions Into *Extraordinary* Experiences"

1

D 000409