```
MIME-Version:1.0
From:ecf_bounces@nyed.uscourts.gov
To:nobody@nyed.uscourts.gov
Message-Id:<7852781@nyed.uscourts.gov>
Subject:Activity in Case 2:12-cv-01307-LDW-AKT Friedmann v. Raymour Furniture Co., Inc.
et al Order on Appeal of Magistrate Judge Decision
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 6/5/2013 at 3:23 PM EDT and filed on 6/5/2013
**Case Name:**         Friedmann v. Raymour Furniture Co., Inc. et al
**Case Number:**     2:12-cv-01307-LDW-AKT
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER as to [46] Appeal of Magistrate Judge Decision to District Court filed by Lawrence I. Friedmann. To the extent that defendant has agreed to produce certain discovery, as stated in the penultimate paragraph of defendant's [62] Letter, that portion of plaintiffs objection to the Magistrate Judge's orders regarding discovery is moot. In all other respects, the Magistrate Judge's orders are neither clearly erroneous nor contrary to law and, therefore, they are affirmed. Plaintiff has 14 days to serve opposition to defendants motion for summary judgment, and defendant has 10 days to serve reply papers, if any. Ordered by Judge Leonard D. Wexler on 6/5/2013. (Ausili, Peter)**


**2:12-cv-01307-LDW-AKT Notice has been electronically mailed to:**

Peter John Andrews   peterandrews@rcn.com, pandrews50@gmail.com

Walker G. Harman, Jr   wharman@theharmanfirm.com

Tara L. Eyer Daub   tdaub@nixonpeabody.com, LI.managing.clerk@nixonpeabody.com

Jessica Amy Chiclacos   jchiclacos@nixonpeabody.com, jramos@nixonpeabody.com

Kimberly Suzanne Thomsen   thomsen.kimberly@gmail.com

**2:12-cv-01307-LDW-AKT Notice will not be electronically mailed to:**