# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

July 3, 2013

**VIA ECF**
Hon. A. Kathleen Tomlinson
United States District Court for the
　Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

　　　　**Re:**　*Friedmann v. Raymour Furniture et al.*,
　　　　　　　12 CV 1307 (LDW)(AKT)

Dear Judge Tomlinson:

　　　We represent Plaintiff Lawrence I. Friedmann in the above-referenced action and write regarding the Court's June 28, 2013 Scheduling Order, which calls for a teleconference on Thursday, July 11 at 11:30 a.m.

　　　Plaintiff's counsel is not available at that time and respectfully requests that the Court reschedule the teleconference for the following Thursday, July 18. Defendant has indicated that they are also available that day and do not oppose our request.

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　THE HARMAN FIRM, PC


　　　　　　　　　　　　　　　　　_____s/_____
　　　　　　　　　　　　　　　　　Walker G. Harman, Jr. [WH-8044]


cc:　　Tara E. Daub, Esq. (via ECF)
　　　　Jessica Chiclacos, Esq. (via ECF)
　　　　Peter J. Andrews (via ECF)