**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LAWRENCE I. FRIEDMANN,

Plaintiff,

- against -

RAYMOUR FURNITURE CO., INC., and
LUCY GOLDSTEIN, individually,

Defendants.

**12 CV 1307 (LDW)(AKT)**

**SECOND AMENDED JOINT**
**PRE-TRIAL ORDER**

**WEXLER**, District Judge:

The parties having conferred among themselves and pursuant to Rule 4.A. of the

Individual Rules of the Honorable Leonard D. Wexler, U.S.D.J., Plaintiff Lawrence I. Friedmann

("Plaintiff" or "Friedmann") and Defendant Raymour Furniture Company, Inc., d/b/a Raymour

& Flanigan Furniture ("Defendant" or "Raymour & Flanigan"),[1] submit the following Second

Amended Joint Pre-Trial Order in this matter.

## I.    FULL CAPTION

The full caption of this case appears in the caption to this Second Amended Joint

Pre-Trial Order.

---

1.  Plaintiff's Statement:  By Order dated October 16, 2012, this Court dismissed all of
    Plaintiff's claims under the New York State Human Rights Law, including the claims
    against the individual Defendant. "Defendant Raymour [& Flanigan]'s motion to dismiss is
    granted . . . to the extent that Plaintiff's NYSHRL claims are dismissed, but is otherwise
    denied." Of Plaintiff's four (4) original causes of action, two (2) remain against Raymour &
    Flanigan: (i) age discrimination in violation of the Age Discrimination in Employment Act
    of 1967, 29 U.S.C. §§ 623 *et seq.* and (ii) disability discrimination in violation of the
    Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 *et seq.*

## II.     TRIAL COUNSEL

A.  Trial Counsel for Plaintiff is as follows:

> Walker G. Harman, Jr., Esq.
> Peter J. Andrews, Esq.
> The Harman Firm, PC
> 200 West 57th Street, Suite 900
> New York, New York 10019
> (212) 425-2600

B.  Trial Counsel for Defendant is as follows:

> Tara Eyer Daub, Esq.
> Jessica Chiclacos, Esq.
> Nixon Peabody LLP
> 50 Jericho Quadrangle
> Suite 300
> Jericho, New York 11753
> (516) 832-7500 (telephone)
> (516) 832-7555 (facsimile)

## III.    STATEMENT PERTAINING TO TRIAL

A.  Plaintiff's statement:  Pursuant to the Court's Individual Practice Rule 4.A.iii., Plaintiff respectfully reiterates that he "demands a trial by jury."  Compl. ¶ 10.  It is Plaintiff's understanding that he will require approximately two (2) days to try this action.  That estimate is not inclusive of the time required to select members of the jury or to cross-examine witnesses called by Defendant.

B.  Defendant's statement:  Plaintiff has demanded a jury trial.  Defendant estimates that the presentation of its case will take two (2) days.

## IV.     LIST OF FACT WITNESSES FOR CASE IN CHIEF

A.  Plaintiff reserves the right and intends to call the following witnesses to testify at trial:

1.  Plaintiff Lawrence I. Friedmann (will testify in person)

2.  Lucy Goldstein (will be called to testify in person)

3.  Laura D'Ambrosio (will be called to testify in person)

4.  Patricia Delgenio (VP of Defendant's HR, will be called to testify in person)

5.  Rafael Gonzalez (Sales Associate, will be called to testify in person)

6.      Karen Budhan Ali (Sales Associate, will be called to testify in person)

7.      Nardia Palmatier (Sales Associate, will be called to testify in person)

8.      Mark Forster (Sales Associate, will be called to testify in person)

9.      Vasilos Toufexis (Sales Associate, will be called to testify in person)

10.     Robert Ruvel (upon information and belief, also known as Robert Revel; Sales Associate, will be called to testify in person)

11.     Trevor Lall (Sales Associate, will be called to testify in person)

Plaintiff reserves the right to call any witnesses at trial listed by Defendant or by Plaintiff. In addition, Plaintiff reserves the right to call at trial witnesses not listed above for impeachment and/or rebuttal purposes.

B.  Defendant's witnesses:

1.      Laura D'Ambrosio (in person)

2.      Patricia Delgenio (in person)

3.      Lucy Goldstein (in person)

4.      Jim Powers (in person)

5.      Christine Rowland (in person)

Defendant reserves the right to call any witnesses at trial listed by Plaintiff above or to not call any of the witnesses identified by Defendant.  In addition, Defendant reserves the right to call at trial witnesses not listed above for impeachment and/or rebuttal purposes.

## V.    LIST OF EXPERT WITNESSES

1.      Plaintiff's expert witness:  None

2.      Defendant's expert witness:  None

## VI.   DEPOSITION TESTIMONY

A.      Plaintiff will offer the following deposition testimony in his case in chief in the event that witnesses are not able to provide live testimony at trial:

| Deponent | Page(s)/Line(s) | Objections |
|---|---|---|
| Lucy Goldstein | 13:20–14:7 | Relevance |
| Lucy Goldstein | 14:15–15:19 | Relevance |
| Lucy Goldstein | 3:19–21 | Relevance |
| Lucy Goldstein | 21:1–2 | |

| Deponent | Page(s)/Line(s) | Objections |
|---|---|---|
| Lucy Goldstein | 61:18–21 | Relevance |
| Lucy Goldstein | 66:5–8 | Relevance |
| Lucy Goldstein | 71:3–6 | Relevance |
| Lucy Goldstein | 77:18–25 | |
| Lucy Goldstein | 79:2–5 | Relevance |
| Lucy Goldstein | 79:15–21 | |
| Lucy Goldstein | 84:21–25 | |
| Lucy Goldstein | 85:1–2 | |
| Lucy Goldstein | 88:17–89:3 | Relevance |
| Lucy Goldstein | 92:7–19 | Relevance |
| Lucy Goldstein | 95:21–25 | |
| Patricia Delgenio | 13:16–14:16 | Relevance |
| Patricia Delgenio | 54:7–61:16 | Relevance |
| Patricia Delgenio | 61:19–67:5 | Relevance |
| Patricia Delgenio | 78:9–83:25 | |
| Patricia Delgenio | 81:7–14 | |
| Patricia Delgenio | 84:12–85:25 | Relevance |

Defendant reserves the right to use any testimony listed by Plaintiff above or to not use any of that testimony.  In addition, Defendant reserves the right to use at trial testimony not explicitly listed above for impeachment and/or rebuttal purposes.


B.      Defendant will offer the following deposition testimony in its case in chief:

| Deponent | Page(s)/Line(s) | Objections |
|---|---|---|
| Plaintiff | 30:8-31:18 | Lack of foundation |
| Plaintiff | 33:8-23 | |
| Plaintiff | 35:14-17 | Lack of foundation |
| Plaintiff | 36:5-37:5 | |
| Plaintiff | 37:12-15 | Lack of foundation |
| Plaintiff | 44:5-7 | |
| Plaintiff | 51:17-55:8 | |
| Plaintiff | 57:12-58:6 | Irrelevant, misleading |
| Plaintiff | 61:22-62:4 | Irrelevant, misleading |
| Plaintiff | 66:9-67:25 | Lack of foundation; irrelevant; misleading |
| Plaintiff | 73:4-10 | Lack of foundation |
| Plaintiff | 74:3-6 | Lack of foundation |
| Plaintiff | 75:12-18 | |
| Plaintiff | 85:13-87:11 | Irrelevant |
| Plaintiff | 95:14-98:10 | |
| Plaintiff | 104:22-105:7 | |

| Plaintiff | 110:14-111:4 | Lack of foundation |
|-----------|--------------|--------------------|
| Plaintiff | 113:6-11 | Lack of foundation |
| Plaintiff | 146:16-147:5 | |
| Plaintiff | 148:12-18 | |
| Plaintiff | 156:10-17 | Lack of foundation |
| Plaintiff | 159:16-160:9 | |

Plaintiff reserves the right to use any testimony listed by Defendant above or to not use any of that testimony.  In addition, Plaintiff reserves the right to use at trial testimony not explicitly listed above for impeachment and/or rebuttal purposes.

## VII.   EXHIBITS

A.  The following table lists the exhibits that Plaintiff expects to offer as evidence at trial:

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---------|-------------|------------------------------|------------------------|
| 1–14 | (Voluntarily rescinded) | | |
| 15 | Plaintiff's Charge of Discrimination submitted to the Equal Employment Opportunity Commission ("EEOC") | FRIEDMANN001–08 | |
| 16 | EEOC's Notice of Right to Sue issued Dec. 19, 2011 | FRIEDMANN009–10 | |
| 17 | Plaintiff's earnings and commissions during 2010–11 | FRIEDMANN011–22 | Relevance |
| 18 | Associate Sales Projection and Flash Report | FRIEDMANN023–25 | Relevance |
| 19 | Associate Business Planner | FRIEDMANN026 | Relevance |
| 20 | Associate Bedding Budget | FRIEDMANN027 | Relevance |
| 21 | Plaintiff's Earnings Statement from subsequent employer, La-Z-Boy | FRIEDMANN066 | Authenticity |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---|---|---|---|
| 22 | Plaintiff's Earnings Statement from subsequent employer, Jos. A Bank | FRIEDMANN067 | Authenticity |
| 23 | Plaintiff's Unemployment Insurance for 2011 Form 1099-G | FRIEDMANN068 | Authenticity |
| 24 | Plaintiff's pension Form 1099-R | FRIEDMANN070 | Authenticity |
| 25 | Plaintiff's health insurance claim documents | FRIEDMANN029–54, FRIEDMANN056–62 | Authenticity |
| 26 | Plaintiff's Social Security benefits statement | FRIEDMANN063–65, FRIEDMANN069 | Authenticity |
| 27 | (Voluntarily rescinded) | | |
| 28 | Letters regarding COBRA, Aug. 24, 2011 | D 000001–02 | Relevance |
| 29 | Letter regarding benefits at Plaintiff's termination, June 29, 2011 | D 000002–09 | Relevance |
| 30 | Document regarding life insurance, June 29, 2011 | D 000010 | Relevance |
| 31 | Payroll documents for Plaintiff | D 000011–13, D 000016 | |
| 32 | Notice of Plaintiff's at-will status, Oct. 7, 2009 | D 000014–15 | |
| 33 | Email to and from payroll department | D 000017–19, D 000031 | Relevance |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---|---|---|---|
| 34 | Automatic pay plan changes, Oct. 21, 2005 | D 000020 | Relevance |
| 35 | Plaintiff's application to work for Defendant, Oct. 20, 2005 | D 000021–22 | |
| 36 | New hire report | D 000023–24, D 000449 | Relevance |
| 37 | Plaintiff's Form W-4, 2005 | D 000025–26 | Relevance |
| 38 | Defendant's internal at-hire documentation regarding Plaintiff | D 000027–30 | Relevance |
| 39 | Plaintiff's direct deposit authorization | D 000032–34 | Relevance |
| 40 | *Horarium* for Plaintiff | D 000035 | Relevance |
| 41 | Performance Evaluation and Development Form for Plaintiff annotated "GREAT MONTH" | D 000036 | Relevance |
| 42 | Performance Evaluation and Development Form for Plaintiff dated June 7, 2008, annotated "Works well [sic] of all" | D 000037 | Relevance |
| 43 | Performance Evaluation and Development Form for Plaintiff dated Aug. 17, 2008, annotated "has had a bad month—vacations—etc." | D 000038 | Relevance |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---------|-------------|------------------------------|------------------------|
| 44 | Coaching for Success plan for Plaintiff, purportedly signed by manager only, May 7, 2011 | D 000039 | |
| 45 | Coaching for Success plan for Plaintiff, signed May 23, 2011 | D 000042–44 | |
| 46 | Sales performance evaluation, purportedly for Jan. 1–June 3, 2011 | D 000045 | |
| 47 | Annotated document, Nov. 11, 2008 | D 000046 | Relevance |
| 48 | Annotated document, Nov. 1, 2008 | D 000047 | Relevance |
| 49 | Weekly Associates Commission Statement, Dec. 19, 2009–Jun. 24, 2011 | D 000048–D 000126 | Relevance |
| 50 | EEOC letter to Defendant, Dec. 12, 2011 | D 000127–28 | |
| 51 | EEOC Charge of Discrimination produced by Defendant, signed Oct. 21, 2011 | D 000129–31 | |
| 52 | EEOC Notice of Right to Sue produced by Defendant, mailed Dec. 19, 2011 | D 000132–33 | |
| 53 | Defendant's production entitled "Professional Conduct & Anti-Harassment Awareness Raymour & Flanigan Furniture" | D 000134–57 | |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---|---|---|---|
| 54 | Defendant's production entitled "Professional Conduct & Harassment Awareness Training for Associates" | D 000158–73 | |
| 55 | Defendant's No Discrimination and No Harassment Policy signed Mar. 7, 2010 | D 000175 | |
| 56 | Receipt and Acknowledgement of Professional Conduct & Harassment Awareness Training at Raymour & Flanigan Furniture signed by Plaintiff Mar. 7, 2010 | D 000176 | |
| 57 | Receipt and Acknowledgement of Professional Conduct & Harassment Awareness Training at Raymour & Flanigan Furniture signed by Lucy Goldstein, Nov. 1, 2006 | D 000177 | |
| 58 | Receipt and Acknowledgement of Professional Conduct & Harassment Awareness Training at Raymour & Flanigan Furniture signed by Laura D'Ambrosio, July 30, 2007 | D 000178 | |
| 59 | Raymour & Flanigan Furniture Associate Handbooks | D 000179–408 | |
| 60 | Email from Laura D'Ambrosio regarding Plaintiff, June 21, 2011 | D 000409 | |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---|---|---|---|
| 61 | Lucy Goldstein's "Receipt and Acknowledgment of Raymour & Flanigan Associate Handbook and Acknowledgement of At-Will Employment Status" and Addendum signed Nov. 4, 2009 | D 000410–11 | |
| 62 | Lucy Goldstein's "Receipt and Acknowledgement of Professional Conduct & Harassment Awareness Training at Raymour & Flanigan Furniture" signed Oct. 1, 2007 | D 000412 | |
| 63 | Lucy Goldstein's "Receipt and Acknowledgement of Professional Conduct & Harassment Awareness Training at Raymour & Flanigan Furniture" signed Nov. 1, 2006 | D 000413 | |
| 64 | IRS Form W-4 for Lucy Goldstein, signed Mar. 18, 2006 | D 000414–15 | Relevance |
| 65 | Email from HR to Lucy Goldstein, Sept. 19, 2005 | D 000416 | Relevance |
| 66 | New Hire information for Lucy Goldstein, Nov. 10, 2004 | D 000417, D 000447 | Relevance |
| 67 | Lucy Goldstein's application for employment, signed Sept. 23, 2004 | D 000418–19 | Relevance |
| 68 | IRS Form W-4 for Lucy Goldstein, signed Nov. 10, 2004 | D 000420 | Relevance |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---|---|---|---|
| 69 | Lucy Goldstein's Withholding Allowance Certificate | D 000421–22 | Relevance |
| 70 | Lucy Goldstein's Information Technology Access Request Forms signed Nov. 10, 2004 | D 000423 | Relevance |
| 71 | Lucy Goldstein's Raymour & Flanigan Furniture 1099 Stats | D 000424 | Relevance |
| 72 | Lucy Goldstein's Direct Deposit Authorization, Nov. 10, 2004 | D 000425 | Relevance |
| 73 | Lucy Goldstein Sales Agreement Form, Nov. 10, 2004 | D 000426–27 | Relevance |
| 74 | Email from Heather Lukowski to Rebecca Landon regarding Lucy Goldstein, Aug. 23, 2011 | D 000428 | Relevance |
| 75 | Lucy Goldstein record of medical leave, Aug. 2011 | D 000429 | Relevance |
| 76 | Emails regarding Lucy Goldstein between Patricia Delgenio, Erin Brundige, Jenna Casullo, Christine Crosby, and Lucy Goldstein, Aug. 9, 2011 | D 000430 | Relevance |
| 77 | Email from Heather Lukowski to Rebecca Landon regarding Lucy Goldstein, Aug. 8, 2011 | D 000431 | Relevance |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---------|-------------|------------------------------|------------------------|
| 78 | Email regarding Lucy Goldstein from Aubrey Branagan to Rebecca Landon, Feb. 7, 2011 | D 000432 | Relevance |
| 79 | Lucy Goldstein "2011 Sales Pay Plan Changes" purportedly effective Jan. 1, 2011 (redacted by Defendant) | D 000433 | Relevance |
| 80 | Emails between Lucy Goldstein and Rebecca Landon regarding Lucy Goldstein's Aug. 1, 2010 punch-out time, Aug. 9, 2010 | D 000434 | Relevance |
| 81 | Record of pay plan increase for Lucy Goldstein, purportedly effective Jan. 2, 2010 | D 000435 | Relevance |
| 82 | Email from Holly Heinze-Coolican to Christine Crosby regarding *inter alia* Lucy Goldstein's hours, July 21, 2009 | D 000436 | Relevance |
| 83 | Payroll documents for Lucy Goldstein, Oct. 2008 | D 000437 | Relevance |
| 84 | Payroll documents for Lucy Goldstein, Apr. 2007 | D 000438 | Relevance |
| 85 | Payroll documents for Lucy Goldstein, Oct. 2006 | D 000439, D 000441 | Relevance |
| 86 | Lucy Goldstein Automatic Pay Plan Changes, Sept. 23, 2006 | D 000440 | Relevance |

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---------|-------------|------------------------------|------------------------|
| 87 | Emails between Payroll Department and Michael Goldberg and Laurie Hammon regarding Lucy Goldstein, Mar. 2005–Apr. 2005 | D 000442–44 | Relevance |
| 88 | Photocopy of Lucy Goldstein's New York State Driver License | D 000445 | Relevance |
| 89 | Photocopies of a blank check of Lucy Goldstein's[2] | D 000446, D 000448 | Relevance |
| 90 | (Voluntarily rescinded) | | |
| 91 | (Voluntarily rescinded) | | |
| 92 | (Voluntarily rescinded) | | |
| 93 | (Voluntarily rescinded) | | |
| 94 | Performance improvement plan of Rafael Gonzalez, signed May 15, 2011 | D 000507–08 | Relevance |
| 95 | Performance improvement plan of Rafael Gonzalez, signed July 17, 2011 | D 000509–10 | Relevance |

---

2.   Named incorrectly therein as "LUCY M. GOLDSTEIN."

| Ex. No. | Description | Bates No. (where applicable) | Defendant's Objections |
|---|---|---|---|
| 96 | Sales Associate Flash Report, June 17, 2011 | FRIEDMANN071–76 | Plaintiff did not disclose this document until June 26, 2013. Plaintiff's failure to produce this document in response to Defendant's discovery requests during discovery (closed on 2/25/13), or in the original proposed Pretrial Order dated May 14, 2013, is an abuse of his discovery obligations and the document should be excluded under FRCP Rule 37 and other applicable rules. Relevance; Authenticity; Hearsay |

Plaintiff reserves the right to use any exhibits at trial listed above by Defendant or to not use any of the exhibits identified by Plaintiff.  In addition, Plaintiff reserves the right to use at trial exhibits not listed above for impeachment and/or rebuttal purposes.

A.  Defendant's Exhibits for its Case-In-Chief:

| Exhibit | Description | Bates Number(s) | Plaintiff's Objection |
|---|---|---|---|
| A | Payroll Connection Form regarding Plaintiff's termination | D 000011 | |

| Exhibit | Description | Bates Number(s) | Plaintiff's Objection |
|---|---|---|---|
| B | Plaintiff's Receipt and Acknowledgment of Raymour & Flanigan Associate Handbook and Acknowledgment of At-Will Employment Status | D 000014 | |
| C | Plaintiff's Receipt and Acknowledgment of Addendum to the Associate Handbook | D 000015 | |
| D | Payroll Connection Form regarding Plaintiff's transfer to Garden City showroom | D 000016 | |
| E | Plaintiff's Employment Application | D 000021- 000022 | |
| F | Plaintiff's Sales Agreement Form | D 000029 - 000030 | |
| G | Undated Performance Evaluation for Plaintiff | D 000036 | |
| H | June 7, 2008 Performance Evaluation for Plaintiff | D 000037 | |
| I | August 17, 2008 Performance Evaluation for Plaintiff | D 000038 | |
| J | May 7, 2011 Coaching for Success Plan for Plaintiff | D 000039- 000040 | |
| K | May 23, 2011 Coaching for Success Plan for Plaintiff | D 000041- 000042 | |
| L | June 13, 2011 Action Plan & Performance Agreement for Plaintiff | D 000043- 000044 | |
| M | Performance Evaluation and Development Form for 2011 for Plaintiff | D 000045 | |

| Exhibit | Description | Bates Number(s) | Plaintiff's Objection |
|---------|-------------|-----------------|------------------------|
| N | Plaintiff's 2010 Commission Statements | D 000049- 000101 | |
| O | Plaintiff's 2011 Commission Statements | D 000102- 000126 | |
| P | Professional Conduct & Anti-Harassment Awareness Presentation | D 000134- 000157 | |
| Q | Professional Conduct & Harassment Awareness Training for Associates Presentation | D 000158- 000175 | |
| R | Plaintiff's Mach 7, 2010 Receipt of No Discrimination and No Harassment Policy | D 000175- 000176 | |
| S | Lucy Goldstein's November 1, 2006 Receipt and Acknowledgement of Harassment Training | D 000177 | |
| T | Laura D'Ambrosio's January 30, 2007 Receipt and Acknowledgment of Harassment Training | D 000178 | |
| U | Laura D'Ambrosio's June 21, 2011 E-mail regarding Plaintiff | D 000409 | |
| V | Raymour & Flanigan's March 2010 Associate Handbook | D 000179 - 000254 | |
| W | Raymour & Flanigan's February 2, 2011 Associate Handbook | D 000355 – 000331 | |
| X | Raymour & Flanigan's May 25, 2011 Associate Handbook | D 000332 - 000408 | |

| Exhibit | Description | Bates Number(s) | Plaintiff's Objection |
|---------|-------------|-----------------|-----------------------|
| Y | Plaintiff's 2010 federal and state tax returns | Plaintiff produced these documents without Bates numbers | Relevance |
| Z | Plaintiff's 2011 federal and state tax returns | Plaintiff produced these documents without Bates numbers | Relevance |
| AA | Plaintiff's 2012 W-2 Forms | Plaintiff produced these documents without Bates numbers | Relevance |

  Defendant reserves the right to use any exhibits at trial listed by Plaintiff above or to not use any of the exhibits identified by Defendant.  In addition, Defendant reserves the right to use at trial exhibits not listed above for impeachment and/or rebuttal purposes.

14608390.1

Dated: September 4, 2013

_(signature)_

_____
Walker G. Harman, Jr. [WH-8044]
Peter J. Andrews [PA-3295]
Kimberly S. Thomsen [KT-3226]
THE HARMAN FIRM, PC
*Attorneys for Plaintiff*
200 West 57th Street, Suite 900
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com
pandrews@theharmanfirm.com
kthomsen@theharmanfirm.com


_(signature)_

_____
Tara Eyer Daub, Esq. [TE-7943]
Jessica Chiclacos, Esq. [JG-2534]
NIXON PEABODY LLP
*Attorneys for Defendant Raymour & Flanigan*
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500
tdaub@nixonpeabody.com
jchiclacos@nixonpeabody.com


**SO ORDERED:**


_____
Hon. Leonard D. Wexler
United States District Judge

14606128.1                                      18