UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
Friedmann           Plaintiff,        Case No. 12 CV 1307 (LDW)(AKT)

   -against-

Raymour Furniture Co., Inc., et al.   Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Walker G. Harman, Jr.
_____
FILL IN ATTORNEY NAME

My E.D.N.Y. Bar Number is: WH-8044          My State Bar Number is 3027034

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: The Harman Firm, PC
            FIRM ADDRESS: 200 W. 57th Street, Suite 900, New York, NY 10019
            FIRM TELEPHONE NUMBER: (212) 425-2600
            FIRM FAX NUMBER: (212) 202-3926

NEW FIRM:   FIRM NAME: The Harman Firm, PC
            FIRM ADDRESS: 1776 Broadway, Suite 2030, New York, NY 10019
            FIRM TELEPHONE NUMBER: (212) 425-2600
            FIRM FAX NUMBER: (212) 202-3926

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/31/2013                    s/ Walker G. Harman, Jr.
                                     _____
                                     ATTORNEY'S SIGNATURE