# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

1776 BROADWAY | SUITE 2030 | NEW YORK CITY 10019

TELEPHONE 212.425.2600 | FAX 212.202.3926

WWW.THEHARMANFIRM.COM

May 1, 2014

**VIA ECF AND U.S. MAIL**
Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

    Re:    *Friedmann v. Raymour Furniture Co., Inc. et al.*
              12 CV 1307 (LDW)(AKT)

Dear Judge Wexler:

We represent Plaintiff Lawrence I. Friedmann in the above-referenced action.

We are writing to inquire about the parties' joint request for a settlement conference dated April 29, 2014. *See* Exhibit A. Each party is eager to avoid further trial preparation if it is unnecessary.

We thank the Court for its time and attention to, and patience with this matter.

                        Respectfully submitted,
                        THE HARMAN FIRM, PC


                          s/   Walker G. Harman, Jr.
                        Walker G. Harman, Jr. [WH-8044]


cc:    Tara E. Daub, Esq. (via ECF)
       Jessica A. Chiclacos, Esq. (via ECF)
       Ronnie L. Silverberg, Esq. (via ECF)