# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

1776 BROADWAY | SUITE 2030 | NEW YORK CITY 10019

TELEPHONE 212.425.2600 | FAX 212.202.3926

WWW.THEHARMANFIRM.COM

April 29, 2014

**VIA ECF AND U.S. MAIL**
Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

    Re:    *Friedmann v. Raymour Furniture Co., Inc. et al.*
            12 CV 1307 (LDW)(AKT)

Dear Judge Wexler:

    We represent Plaintiff Lawrence I. Friedmann in the above-referenced action. We respectfully submit this letter jointly, with Defendant Raymour Furniture Co, Inc. ("Raymour"). We write with some urgency, as jury selection for this matter is scheduled to commence June 9, 2014.

    The parties write to respectfully request a settlement conference with U.S. Magistrate Judge A. Kathleen Tomlinson. Both parties wish to avoid the time and expense of further trial preparation if possible, and instead endeavor to resolve this matter without further litigation. For these reasons, we respectfully we request a settlement conference as soon as possible.

    We thank the Court for its time and attention to this matter.

                                    Respectfully submitted,
                                    THE HARMAN FIRM, PC

                                    s/   Walker G. Harman, Jr.
                                    Walker G. Harman, Jr. [WH-8044]

cc:    Tara E. Daub, Esq. (via ECF)
        Jessica A. Chiclacos, Esq. (via ECF)
        Ronnie L. Silverberg, Esq. (via ECF)